

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-47,593-02

### EX PARTE RANDAL FRANKLIN CARAWAY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 19,072B IN THE 91ST DISTRICT COURT FROM EASTLAND COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and was sentenced to ninety-nine years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Caraway v. State*, No. 11-96-00189-CR (Tex. App.—Eastland Dec. 17, 1998).

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on grounds one, two, four, and five. Ground three is dismissed pursuant to Texas Code of Criminal Procedure Art. 11.07 §4.

Filed: August 24, 2016
Do not publish